UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEGHRID AL ABADI,

    Plaintiff,                                Case No. 07-12717

v.                                        Honorable John Corbett O'Meara

IMMIGRATION AND NATURALIZATION
SERVICE,

    Defendant.
                                           /

**ORDER DENYING PLAINTIFF'S
APPLICATION FOR APPOINTMENT OF COUNSEL**

This matter came before the court on Plaintiff's Application for Appointment of Counsel. The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985).

In this case plaintiff Al Badi filed an incomplete application for appointment of counsel. The form states only that she is not employed and is married. None of the financial information is answered. Furthermore, there is no indication whether Plaintiff has made any effort to obtain counsel.

## **ORDER**

It is hereby **ORDERED** that Plaintiff's Application for Appointment of Counsel is **DENIED.**

                                                 s/John Corbett O'Meara
                                                 United States District Judge

Date: October 23, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 23, 2007, by electronic and/or ordinary mail.

                                                 s/William Barkholz
                                                 Case Manager